# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 13-00213-01-CR-W-DW |
| ERIC W. QUINN, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation (Doc. 29) submitted by Magistrate Judge John T. Maughmer regarding Defendant's Motion to Suppress Evidence with Suggestions (Doc. 14). Defendant filed Objections to [the] Report and Recommendation (Doc. 36). After an independent review of the record, the applicable law, and Defendant's objections, the Court accepts the recommendation and adopts the Magistrate's findings of fact and conclusions of law. Accordingly, IT IS ORDERED that:

1) The Magistrate Judge's Report and Recommendation (Doc. 29) be attached to and made a part of this Order;

2) Defendant's Motion to Suppress Evidence (Doc. 14) is DENIED; and

3) Plaintiff's Motion for Extension of Time (Doc. 16) is MOOT.

SO ORDERED.

Date: June 23, 2014     _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge